# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**ROCKNE GERARD EARLES,**<br><br>Defendant. | Case No. 23-mj-76 |

### ORDER

Based upon the representations in the Join Motion to Continue the Status Hearing and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is GRANTED; it is further **ORDERED** that the currently scheduled status hearing on August 29, 2023, be continued for good cause to Oct. 26, 2023, at 1:00 pm; and it is further

**ORDERED** that the time between August 29, 2023, and Oct. 26, 2023, shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. §§ 3161(b), 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy indictment and trial, as a continuance will provide the parties additional time to review discovery and discuss a potential pretrial resolution.

_____
UNITED STATES MAGISTRATE JUDGE